Joseph Reeder, Defendant in Error, v. The West Side
Trust & Savings Bank, Plaintiff in Error.

Gen. No. 18,553.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HARRY P.
DOLAN, Judge, presiding. Heard in this court at the March term,
1914. Reversed and remanded. Opinion filed December 21, 1914.

### Statement of the Case.

Suit by Joseph Reeder against The West Side Trust
& Savings Bank to recover money claimed to have been
deposited with the defendant Bank for which he had
not received credit. From a judgment for the plain-
tiff, the defendant brings error.

McEWEN, WEISSENBACH, SHRIMSKI & MELOAN, for
plaintiff in error; JEROME J. CERMAK, of counsel.

No appearance for defendant in error.

MR. JUSTICE McSURELY delivered the opinion of the
court.

### Abstract of the Decision.

APPEAL AND ERROR. § 1414*—*when finding of court is not conclusive.*
Where a person claimed to have made a deposit of $158.50 in a bank
but received a credit for only $128.50, and produced a deposit slip
from which it appeared that a mistake occurred in adding the
amount of $57 to $71.50 so as to make a total of $158.50, and the
evidence was conflicting as to whether the "5" in the item of $57 was
written by the plaintiff or by the teller, *held* that the finding of
the trial court that such figure was written by the teller was mani-
festly against the weight of the evidence, there being good ground
for believing the contrary, wherefore a new trial would be ordered.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.